**Order entered March 19, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00820-CR
No. 05-11-00821-CR

**SAMUEL MONCADA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-72070-H & F09-72067-H**

## ORDER

The Court received Samuel Moncada's appellant brief on March 18, 2013. We **DIRECT** the Clerk to file Moncada's brief. Any appellee brief must be filed by the State on or before 5:00 p.m. on April 17, 2013.

/s/      ROBERT M. FILLMORE
JUSTICE